Date of Arrest: **06/09**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, <br><br> Vs. <br><br> Francisco RAMIREZ-Camacho <br> AKA: None Known <br> 022828465 <br> YOB: 1957 <br> Citizen of: Mexico <br><br> Defendant | Magistrate Case No. **22-01922MJ** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about June 09, 2022 Defendant Francisco RAMIREZ-Camacho, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Laredo Columbia Bridge, Texas, on or about September 13, 2021. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by AUSA Tracy Van Buskirk

*/s/ JVB*

Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

_____June 10, 2022_____ at _____Yuma, Arizona_____
Date                                      City and State

_____James F. Metcalf, United States Magistrate Judge_____
Name & Title of Judicial Officer       Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Francisco RAMIREZ-Camacho
AKA: None Known
022828465

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 09, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Nogales, Arizona on or about July 27, 1993. The Defendant has been removed on six previous occasions. The Defendant was most recently removed on or about September 13, 2021, through the port of Laredo Columbia Bridge, Texas, subsequent to a conviction in United States District Court, District of Arizona on or about December 10, 2020, for the crime of Reentry of Removed Alien, a felony.

Agents determined that on or about June 09, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Jessica Castellanos and Francisco Noriega.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Josue Lopez.

_____
Signature of Complainant

Sworn to before me and subscribed telephonically,

_____June 10, 2022_____   _____
Date                          Signature of Judicial Officer

- 2 -